UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * *

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor

             Plaintiff

v.                                      CIVIL ACTION
                                            FILE NO. 05-10092(PBS)

JOSEPH P. ZOPPO,
Trustee of the I/O Desktop Specialists, Inc.
Retirement Plan

            Defendants

* * * * * * * * * * * * * * * * * * * * * * * * *

CERTIFICATE OF SERVICE

     I hereby do certify that I served the foregoing JOINT MOTION TO APPOINT INDEPENDENT FIDUCIARY TO TERMINATE THE I/O DESKTOP SPECIALISTS, INC. RETIREMENT PLAN and an ORDER APPOINTING AN INDEPENDENT FIDUCIARY on the 11th day of April 2005, by placing one (1) copy of same in a postage-paid envelope addressed to:

             Isaac H. Peres, Esquire
             50 Congress Street
             Boston, MA 02109

             David Hojlo
             CORBCO, Inc.
             161 Massachusetts Avenue, Suite 304
             Boston, MA 02115

the last known address and depositing same in the United States Mail at Boston, Massachusetts.

                                       /s/ Marjorie A. Butler

Post Office Address:
U.S. Department of Labor
Office of the Solicitor
JFK Federal Bldg., Room E-375
Boston, MA 02203
TEL: 617-565-2500
FAX: 617-565-2142