UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor

                    Plaintiff

v.                                                    CIVIL ACTION
                                                      FILE NO. 05-10092(PBS)

JOSEPH P. ZOPPO,
Trustee of the I/O Desktop Specialists, Inc.
Retirement Plan

                    Defendants

* * * * * * * * * * * * * * * * * * * * * * * * * * *

CERTIFICATE OF SERVICE

        I hereby do certify that I served the foregoing MOTION FOR CLARIFICATION
OF CASE STATUS on the 27th day of April 2005, by placing one (1) copy of same in a
postage-paid envelope addressed to:

                        Isaac H. Peres, Esquire
                        50 Congress Street
                        Boston, MA  02109

the last known address and depositing same in the United States Mail at Boston,
Massachusetts.

                                    /s/ Marjorie A. Butler_____

Post Office Address:
U.S. Department of Labor
Office of the Solicitor
JFK Federal Bldg., Room E-375
Boston, MA  02203
TEL:  617-565-2500
FAX:  617-565-2142