UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ELAINE L.CHAO, Secretary of Labor,
United States Department of Labor

       Plaintiff

  v.

JOSEPH P. ZOPPO,
Trustee of the I/O Desktop Specialists, Inc.
Retirement Plan

       Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CIVIL ACTION
FILE NO. 05-10092-PBS

Certificate of Service

     I hereby do certify that I served the foregoing JOINT REPORT REGARDING RULE 26(f) CONFERENCE on the 7th day of June, 2005 by placing one (1) copy of same in a postage-paid envelope addressed to:

        Isaac H. Peres, Esq.
        50 Congress Street
        Boston, MA 02109

the last known address, and depositing it in the United States mail at Boston, MA.

                 /s/ Marjorie A. Butler

Post Office Address:
U.S. Department of Labor
Office of the Solicitor
JFK Building, Room E-375
Boston, MA 02203
Phone: 617-565-2500
Fax: 617-565-2142