UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor

    Plaintiff

                                              CIVIL ACTION
v.                                         FILE NO.

JOSEPH P. ZOPPO,
Trustee of the I/O Desktop Specialists, Inc.
Retirement Plan

    Defendants
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>MOTION TO APPROVE CONSENT AGREEMENT</u>

    Now comes Plaintiff Elaine L. Chao, Secretary of Labor, United States Department of Labor (the "Secretary"), and herein files a Consent Agreement and Order executed by both parties to this action and moves for approval by the Court.

    Defendant Joseph P. Zoppo and the Secretary have agreed to resolve all matters in controversy in this action (with the exception of any penalty that the Department of Labor assesses pursuant to ERISA §502(l)), and said parties consent to the entry of the Consent Agreement and Order. The Consent Agreement will result in the payment of $8,386.00 to the I/O Desktop Specialist, Inc. Retirement Plan by Defendant Zoppo. Mr. Zoppo will also be barred from serving as a fiduciary to any ERISA-covered plan for the period of three years from the entrance of the Consent Agreement and Order.

    Based upon the foregoing, the Secretary moves the Court to approve the Consent Agreement and Order which is attached as Exhibit A to this Motion.

Respectfully submitted,

Howard M. Radzely
Solicitor of Labor

Post Office Address:

U.S. Department of Labor     Frank V. McDermott, Jr.
Office of Solicitor     Regional Solicitor of Labor
JFK Federal Building
Suite E-375
Boston, MA 02203     _/s/Marjorie A. Butler
(617) 565-2500     Marjorie A. Butler
Attorney (BBO#548797)
U.S. Department of Labor
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor

      Plaintiff

  v.

JOSEPH P. ZOPPO,
Trustee of the I/O Desktop Specialists, Inc.
Retirement Plan

      Defendant
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CIVIL ACTION
FILE NO. 05-10092-PBS

## CONSENT AGREEMENT AND ORDER

Defendant Joseph P. Zoppo and Plaintiff Elaine L. Chao, Secretary of Labor, United States Department of Labor (the "Secretary"), have agreed to resolve all matters in controversy in this action (with the exception of any penalty that the Department of Labor assesses pursuant to ERISA §502(l)), and said parties do now consent to entry of a Consent Agreement and Order by this Court in accordance herewith.

Upon consideration of the record herein, and as agreed to by the parties, the Court finds that it has jurisdiction to enter this Consent Agreement and Order.

Defendant Zoppo neither admits nor denies the allegations of the Complaint.

WHEREAS, on June 6, 2002, Defendant Zoppo filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code in United States Bankruptcy Court in the District of Massachusetts, In re: Joseph P. Zoppo, Case No. 02-14836(JNF);

WHEREAS, on January 30, 2003, the Secretary filed a <u>Complaint to Have Debt Determined to be Non-Dischargeable</u> pursuant to 11 U.S.C. §523(a)(4) in relation to monies owed to the I/O Desktop Specialists, Inc. Retirement Plan a/k/a I/O Retirement Plan (hereinafter, the "Plan") during the period of time that Mr. Zoppo served as a Trustee of the Plan;

WHEREAS, on September 16, 2003, Judge Feeney entered an Order resolving the Adversary Proceeding, which determined that the amount of $9,726 plus interest in the amount of $690 was nondischargeable debt pursuant to 11 U.S.C. §523(a)(4);

WHEREAS, on November 4, 2003, the Chapter 7 Trustee filed a Final Report of No Distribution;

WHEREAS, the Court has entered an Order dated April 12, 2005 appointing an Independent Fiduciary to distribute the Plan assets and terminate the Plan, and

WHEREAS, Defendant and Plaintiff having agreed to the terms of this Consent Agreement and Order, subject to the approval by the Court, and with due consideration and being fully advised of the premises,

IT IS HEREBY AGREED AND DECREED THAT:

1. Defendant Zoppo is hereby permanently enjoined from the date of entry of this Consent Agreement and Order from engaging in any action in violation of the provisions of §404 and §406 of ERISA, 29 U.S.C. §1104 and §1106.

2. Defendant Zoppo is hereby enjoined from acting in a fiduciary capacity within the meaning of ERISA §3(21), 29 U.S.C. §1002(21) with respect to any ERISA-covered employee benefit plan for a period of three years from the entry of this Consent Agreement and Order.

3. Defendant Zoppo shall pay $8,386.00 within sixty (60) days of entry of this Order to the Plan for allocation to two Plan Participants, Matt Lopiano and Robert Zoppo, in proportion to the

amounts withheld from their paychecks, but not forwarded to the Plan as set forth in the Bankruptcy Court's Order dated September 16, 2003 and attached to the Complaint filed in this action. Such payment will be made to the Plan and delivered to the Office of the Solicitor, United States Department of Labor, JFK Federal Building, Room E-375, Boston, MA 02203, to the attention of Attorney Marjorie A. Butler.

4. No portion of the payment made by Defendant Zoppo shall be credited to any account other than those of Matt Lopiano and Robert Zoppo.

5. This Consent Agreement and Order is not binding on any government agency except the Department of Labor.

6. Each party shall bear its own fees, costs and expenses in connection with this action.

The Court shall maintain jurisdiction over this matter for the purpose of enforcing this Consent Agreement and Order.

IT IS SO ORDERED THIS _____ DAY OF _____, 2005

_____
United States District Court Judge Patti B. Saris

Defendant Joseph P. Zoppo hereby moves for entry of this Judgment:

By: _/s/ Isaac H. Peres_ Date: 6-24-05
Isaac H. Peres, Attorney for Joseph P. Zoppo
50 Congress Street
Boston, MA 02109
(617) 722-0094

Plaintiff Elaine Chao, Secretary of Labor, hereby moves for entry of this Consent Agreement and Order:

Howard M. Radzely
Solicitor of Labor

Frank V. McDermott, Jr.
Regional Solicitor

_Marjorie A. Butler_ (signature)    Date: 7/3/05

Marjorie A. Butler
Attorney

U.S. Department of Labor
Attorneys for Plaintiff

Post Office Address:
Office of the Solicitor
JFK Federal Building
Room E-375
Boston, MA 02203
Tel: (617)565-2500
Fax: (617)565-2142