UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ELAINE L.CHAO, Secretary of Labor,
United States Department of Labor

      Plaintiff

                                   CIVIL ACTION
  v.                                FILE NO. 05-10092-PBS

JOSEPH P. ZOPPO,
Trustee of the I/O Desktop Specialists, Inc.
Retirement Plan

      Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>Certificate of Service</u>

     I hereby do certify that I served the foregoing Motion to Approve Consent Agreement and Consent Agreement and Order on the 14th day of July, 2005 by placing one (1) copy of same in a postage-paid envelope addressed to:

        Isaac H. Peres, Esq.
        50 Congress Street
        Boston, MA 02109

the last known address, and depositing it in the United States mail at Boston, MA.

                                          /s/ Marjorie A. Butler

Post Office Address:
U.S. Department of Labor
Office of the Solicitor
JFK Building, Room E-375
Boston, MA 02203
Phone: 617-565-2500
Fax: 617-565-2142

Case 1:05-cv-10092-PBS    Document 13    Filed 07/14/2005    Page 2 of 2